UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CRESCENT ELECTRIC SUPPLY COMPANY,
   INC. OF NEW YORK,                                                                 16-cv-3352-arr-smg

                          Plaintiff,

                                                         NOTICE OF VOLUNTARY
   - against -                                            DISMISSAL

LIBERTY MUTUAL INSURANCE COMPANY,

                          Defendant.
----------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Plaintiff, CRESCENT ELECTRIC SUPPLY COMPANY, INC. OF NEW YORK, by its attorneys, Korsinsky & Klein, LLP, hereby voluntarily dismisses this Action pursuant to rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, without prejudice.

Dated: Brooklyn, New York
        October 31, 2016

                                                       KORSINSKY & KLEIN LLP

                                                       By:   */s/ Michael Korsinsky*
                                                            Michael Korsinsky
                                                      Joseph P. Garland
                                                      2926 Avenue L
                                                      Brooklyn, New York 11210
                                                      (212) 495-8133
                                                      *Attorneys for Plaintiff*