FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y

★ NOV - 2016 ★

BROOKLYN OFFICE
16-cv-3352-arr-smg

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CRESCENT ELECTRIC SUPPLY COMPANY,
   INC. OF NEW YORK,

                     Plaintiff,

   - against -

LIBERTY MUTUAL INSURANCE COMPANY,

                     Defendant.
-----------------------------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT Plaintiff, CRESCENT ELECTRIC SUPPLY COMPANY, INC. OF NEW YORK, by its attorneys, Korsinsky & Klein, LLP, hereby voluntarily dismisses this Action pursuant to rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, without prejudice.

Dated: Brooklyn, New York
       October 31, 2016

                                KORSINSKY & KLEIN LLP

                                By: ___/s/ *Michael Korsinsky*___
                                    Michael Korsinsky
                                    Joseph P. Garland
                                    2926 Avenue L
                                    Brooklyn, New York 11210
                                    (212) 495-8133
                                    *Attorneys for Plaintiff*

/s/(ARR)